# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Richard A. Eley
Plaintiff

v.

Waffle House
Defendant

3-14CV0436-L

Civil Action No.

## COMPLAINT

On December 1, 2013 at 5:30PM, I was involved in a work injury that involved treatment and a Workers Compensation Claim was filed. My employer, Jamie Brewer, regarded me as having a physical impairment and kept me off the work schedule even though I was able to return to work after treatment.

On December 16, 2013 at 11:57AM, I called my Waffle House Corporate Office and spoke with Svetlana Chuliy from the Legal Department and complained about the discrimination. She advised she would gather information then call me back. She never contacted me and I was subsequently fired without notification as retaliation for complaining. I discovered my termination by calling the Texas Workforce Commission as a result of my reduced work hours.

\* Attach additional pages as needed.

Date: 2/4/2014
Signature: Richard A Eley
Print Name: Richard A. Eley
Address: 742 Mission Lane
City, State, Zip: Lancaster, TX 75146
Telephone: (214) 881-5358

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

RECEIVED
FEB 4 2014
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## I. (a) PLAINTIFFS
Richard A. Eley
742 Mission Lane
Lancaster, Texas 75146

(b) County of Residence of First Listed Plaintiff: Dallas County, Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Waffle House
5986 Financial Drive
Norcross, Georgia 30071-2747

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**3-14CV0436-L**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | [X] 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
|  |  | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) |  |  |
|  | ☐ 448 Education / ☐ 555 Prison Condition |  |  |  |
|  | / ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) PENDING OR CLOSED: *(See instructions)*
JUDGE: 
DOCKET NUMBER:

DATE: 
SIGNATURE OF ATTORNEY OF RECORD: /s/ Richard Eley

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

[ Print ] [ Save As... ] [ Reset ]

# OFFICIAL RECEIPT
## DALLAS COUNTY OFFICIAL RECEIPT GARY FITZSIMMONS, DISTRICT CLERK

Payor
RICHARD AGREATT ELEY

Receipt No.
**5809-2014-DCLK**

Transaction Date
02/3/2014

| Description | Amount Paid |
|---|---|
| Miscellaneous Payment | |
|     MISCELLANOUS ITEMS | 6.00 |
|     **SUBTOTAL** | 6.00 |
| **PAYMENT TOTAL** | **6.00** |
| CASH Tendered | 6.00 |
| Total Tendered | 6.00 |
| Change | 0.00 |

02/03/2014          Cashier               Audit
03:45 PM            Station DC126         57200395

## OFFICIAL RECEIPT

CARMEN MOORER

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form.)*

Petitioner/Plaintiff: **Richard Eley**

In the *(check one)*:
- [ ] District Court
- [ ] County Court at Law
- [ ] Justice of the Peace

(Court Number) _____

Respondent/Defendant: **Waffle House**

**Dallas** County, Texas

## Affidavit of Indigency
*(Request to Not Pay Court Fees)*

Use this form to ask the court not to charge you for court fees. This form is also called an "Affidavit of Inability to Pay Court Costs" or a "Pauper's Oath." You can only use this form if: (1) you get public benefits because you are poor or (2) you can't pay court fees.
The information you give on this form must be current, complete, true and correct.

You must either 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary, you *swear under oath* that the information provided is true and correct. By signing and attaching an "Unsworn Declaration" form, you *declare under penalty of perjury* that the information provided is true and correct.

**You can be prosecuted if you lie on this form.**
The court may or may not approve this request to not pay court fees. The court may order you to answer questions about your finances at a hearing. At that hearing you will have to present evidence to the judge of your income and expenses to prove that you have no ability to pay court fees.

① **The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**

"My name is **Richard Eley**    My phone number is **(214) 881-5358**
"My mailing address is **742 Mission Lane, Lancaster, Texas 75146**

"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form.

*Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income.*

② "I receive these **public benefits**/government entitlements that are based on indigency:
- [ ] SSI  [ ] WIC  [ ] Food Stamps/SNAP  [ ] TANF  [ ] Medicaid  [ ] CHIP  [ ] AABD
- [ ] Needs-based VA Pension  [ ] County Assistance, County Health Care, or General Assistance (GA)
- [ ] LIS in Medicare ("Extra Help")  [ ] Community Care via DADS  [ ] Low-Income Energy Assistance
- [ ] Emergency Assistance  [ ] Child Care Assistance under Child Care and Development Block Grant
- [ ] Public Housing  [x] Other: *(Describe)* **N/A**

! *If you receive any of the above public benefits, attach proof and label it "Exhibit: Proof of Public Benefits"*

③ "My **income sources** are stated below. *(Check all that apply)*
[x] Unemployed since: *(date)* **12/10/2013**  -or-
[ ] Wages: I work as a _____ for _____
       Your job title              Your employer

- [ ] Child/spousal support  [ ] My spouse's income or income from another member of my household *(if available)*
- [ ] Tips, bonuses  [ ] Military Housing  [ ] Worker's Comp  [ ] Disability  [ ] Unemployment  [ ] Social Security
- [ ] Retirement/Pension  [ ] Dividends, interest, royalties  [ ] 2nd job or other income: _____ *(describe)*

④ "My **income amounts** are stated below.
(a) My monthly net income *after taxes* are taken out is:       Total income *after taxes* → $ 0
(b) The amount I receive each month in public benefits is:      Total amount received → + $ 0
(c) The amount of income from other people in my household is:* Total amount received → + $ 0
(d) The amount I receive each month from other sources is:      Total amount received → + $ 0
(e) My TOTAL monthly income is                                  Add all sources of income above → = $ 0

*List this income only if other members contribute to your household income.

Page 1 of 2

⑤ About my **dependents**: "The people who depend on me financially are listed below:

| Name | Age | Relationship to Me |
|---|---|---|
| 1 Shalonda Eley | 16 | Daughter |
| 2 Isaiah Eley | 14 | Son |
| 3 Anthony Eley | 5 | Son |
| 4 Meaghan Eley | 3 | Daughter |
| 5 | | |
| 6 | | |

⑥ "My **property** includes:

| | Value* |
|---|---|
| Cash | $ 38.00 |
| Bank accounts, other financial assets (List) | |
| Checking | $ 335.00 |
| Saving | $ 5.00 |
| | $ |
| Vehicles (cars, boats) (List make and year) | |
| Toyota Camry 2000 | $ 6,000 |
| | $ |
| | $ |
| Real estate (house or land) (Do not list the house you live in.) | |
| house | $ 90,000 |
| | $ |
| Other property (like jewelry, stocks, etc.) (Describe) | |
| N/A | $ 0 |
| | $ |

Total value of property → = $ 96,060

*The value is the amount the item would sell for less the amount you still owe on it (if anything).

⑦ "My monthly **expenses** are:

| | Amount |
|---|---|
| Rent/house payments/maintenance | $ 0 |
| Food and household supplies | $ 50.00 |
| Utilities and telephone | $ 100.00 |
| Clothing and laundry | $ 0 |
| Medical and dental expenses | $ 0 |
| Insurance (life, health, auto, etc) | $ 0 |
| School and child care | $ 0 |
| Vehicle payments | $ 0 |
| Gas, bus fare, auto repair | $ 20.00 |
| Child / spousal support | $ 600 |
| Wages withheld by court order | $ 600.00 |
| Debt payments | $ 0 |
| Other expenses (Describe) | $ 0 |
| | $ |
| | $ |
| | $ |

Total monthly Expenses → = $ 750.00

⑧ "My **debts** include: List debt and amount owed. N/A

To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it "Exhibit: Additional Supporting Facts." Check here if you attach another page. ☐

⑨ "I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."

⑩ **Your Signature.** You must either: 1) sign this form in front of a notary public or
2) sign this form and sign and attach a completed "Unsworn Declaration" form

*[Signature: Richard Eley]*   X 2/3/2014
Your Signature                                Date

State of Texas
County of Dallas
Print the name of county where this Affidavit is notarized.

Sworn to and subscribed before me today, January 3, 2014 by X Richard Eley
                                              Date                     Print name of person who is signing this Affidavit.
*[Notary's Signature]*                                              NOT the notary's name.

BERNITA D. JEFFERSON
Notary Public
STATE OF TEXAS
My Comm. Exp. May 29, 2016

© TexasLawHelp.org - Affidavit of Indigency, November 2012

Page 2 of 2

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form.)*

Petitioner/Plaintiff: **Richard Eley**

In the *(check one)*:
- ☐ District Court
- ☐ County Court at Law
- ☐ Justice of the Peace

(Court Number) _____

Respondent/Defendant: **Waffle House**

County: **Dallas** County, Texas

# Affidavit of Indigency
*(Request to Not Pay Court Fees)*

Use this form to ask the court not to charge you for court fees. This form is also called an "Affidavit of Inability to Pay Court Costs" or a "Pauper's Oath." You can only use this form if: (1) you get public benefits because you are poor or (2) you can't pay court fees.
The information you give on this form must be current, complete, true and correct.

You must either 1) sign this form in front of a notary public *or* 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary, *you swear under oath* that the information provided is true and correct. By signing and attaching an "Unsworn Declaration" form, you *declare under penalty of perjury* that the information provided is true and correct.

**You can be prosecuted if you lie on this form.**
The court may or may not approve this request to not pay court fees. The court may order you to answer questions about your finances at a hearing. At that hearing you will have to present evidence to the judge of your income and expenses to prove that you have no ability to pay court fees.

**① The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**

"My name is **Richard Eley**"  My phone number is **(214) 881-5358**
"My mailing address is **742 Mission Lane, Lancaster, Texas 75146**

"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form.

*Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income.*

**② "I receive these public benefits/government entitlements that are based on indigency:**
- ☐ SSI  ☐ WIC  ☐ Food Stamps/SNAP  ☐ TANF  ☐ Medicaid  ☐ CHIP  ☐ AABD
- ☐ Needs-based VA Pension  ☐ County Assistance, County Health Care, or General Assistance (GA)
- ☐ LIS in Medicare ("Extra Help")  ☐ Community Care via DADS  ☐ Low-Income Energy Assistance
- ☐ Emergency Assistance  ☐ Child Care Assistance under Child Care and Development Block Grant
- ☐ Public Housing  ☑ Other: *(Describe)* **N/A**

*! If you receive any of the above public benefits, attach proof and label it "Exhibit: Proof of Public Benefits"*

**③ "My income sources are stated below.** *(Check all that apply)*
- ☑ Unemployed since: **12/10/2013** -or- for _____
  *(date)*
- ☐ Wages: I work as a _____ for _____
  *Your job title*  *Your employer*

☐ Child/spousal support  ☐ My spouse's income or income from another member of my household *(if available)*
☐ Tips, bonuses  ☐ Military Housing  ☐ Worker's Comp  ☐ Disability  ☐ Unemployment  ☐ Social Security
☐ Retirement/Pension  ☐ Dividends, interest, royalties  ☐ 2nd job or other income: _____ *(describe)*

**④ "My income amounts are stated below.**

(a) My monthly net income *after taxes* are taken out is:  Total income *after taxes* → $ **0**
(b) The amount I receive each month in public benefits is:  Total amount received → + $ **0**
(c) The amount of income from other people in my household is:*  Total amount received → + $ **0**
(d) The amount I receive each month from other sources is:  Total amount received → + $ **0**
(e) My TOTAL monthly income is  Add all sources of income above → = $ **0**
*List this income only if other members contribute to your household income.

Page 1 of 2

⑤ About my **dependents**: "The people who depend on me financially are listed below:

| # | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | Shalonda Eley | 16 | Daughter |
| 2 | Isaiah Eley | 14 | Son |
| 3 | Anthony Eley | 5 | Son |
| 4 | Meaghan Eley | 3 | Daughter |
| 5 | | | |
| 6 | | | |

⑥ "My **property** includes:

| Item | Value* |
|---|---|
| Cash | $38.00 |
| Bank accounts, other financial assets (List) | |
| Checking | $33.00 |
| Saving | $5.00 |
| | $ |
| Vehicles (cars, boats) (List make and year) | |
| Toyota Camry 2000 | $6,000 |
| | $ |
| | $ |
| Real estate (house or land) (Do not list the house you live in.) | |
| house | $90,000 |
| | $ |
| Other property (like jewelry, stocks, etc.) (Describe) | |
| N/A | $0 |
| | $ |

Total value of property → = $96,000

⑦ "My monthly **expenses** are:

| Expense | Amount |
|---|---|
| Rent/house payments/maintenance | $0 |
| Food and household supplies | $50.00 |
| Utilities and telephone | $100.00 |
| Clothing and laundry | $0 |
| Medical and dental expenses | $0 |
| Insurance (life, health, auto, etc) | $0 |
| School and child care | $0 |
| Vehicle payments | $0 |
| Gas, bus fare, auto repair | $20.00 |
| Child / spousal support | ~~$600~~ |
| Wages withheld by court order | $600.00 |
| Debt payments | $0 |
| Other expenses (Describe) | $0 |

Total monthly Expenses → = $750.00

*The value is the amount the item would sell for less the amount you still owe on it (if anything).

⑧ "My **debts** include: List debt and amount owed. N/A

To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it "Exhibit: Additional Supporting Facts." Check here if you attach another page. ☐

⑨ "I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."

⑩ **Your Signature.** You must either: 1) sign this form in front of a notary public or
2) sign this form and sign and attach a completed "Unsworn Declaration" form.

_Richard Eley_    X 2/3/2014
Your Signature      Date

State of Texas
County of Dallas
Print the name of county where this Affidavit is notarized.

Sworn to and subscribed before me today, _February 3, 2014_ by X Richard Eley
                                          Date                       Print name of person who is signing this Affidavit.
                                                                     NOT the notary's name.

_Bernita Jefferson_
Notary's Signature

BERNITA D. JEFFERSON
Notary Public
STATE OF TEXAS
My Comm. Exp. May 29, 2016

© TexasLawHelp.org – Affidavit of Indigency, November 2012