IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RICHARD A. ELEY,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:14-CV-436-L** |
| | § | |
| **WAFFLE HOUSE,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the court is Plaintiff Richard A. Eley's ("Plantiff") *pro se* Complaint, filed on February 4, 2014.* This case was referred to Magistrate Judge Irma C. Ramirez. The magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on March 3, 2014, recommending that Plaintiff's Complaint be dismissed without prejudice for failure to prosecute or follow court orders. No objections were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **accepts** the magistrate judge's findings and conclusions as those of the court. Accordingly, the court **dismisses without prejudice** Plaintiff's action.

**It is so ordered** this 30th day of May, 2014.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

---

* Plaintiff is also proceeding *in forma pauperis*.

**Order - Solo Page**